UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CHRIS MUMME,        )<br>             )<br>     Plaintiff,    )<br>             )<br>   v.          )<br>             )<br>UNITED STATES OF AMERICA,  )<br>             )<br>     Defendant.    )<br>             ) | **JUDGMENT**<br><br>7:24-CV-767-BO-RJ |

**Decision by Court.**
By order entered December 23, 2024, plaintiff was ordered to show cause not later than January 10, 2025, why this case should not be dismissed for failure to effect service within ninety days of the filing of the complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint is therefore DISMISSED without prejudice pursuant to Fed. R. Civ. P. 4(m). Plaintiff's Rule 60 motion and motion for recusal [DE 21] is DENIED. Plaintiffs motions seeking various forms of relief, [DE 4; DE 5; DE 7; DE 8; DE 9; DE 14; DE 15; DE 17], are DENIED AS MOOT.

**This judgment filed and entered on February 27, 2025, and served on:**
Christian Frederick Mumme (via US Mail to 314 GA Hwy 112 N., Cairo, GA 39827)

PETER A. MOORE, JR., CLERK

February 27, 2025

/s/ Lindsay Stouch
By: Deputy Clerk